UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6644-PA (AGRx) | Date | August 15, 2024 |
|---|---|---|---|
| Title | Edgar A. Meinhardt Iturbe, et al. v. Sunny Acre, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS — COURT ORDER**

On August 6, 2024, Plaintiffs Edgar A. Minhardt Iturbe and Reinaldo E. Gonzalez Suarez (jointly "Plaintiffs"), appearing pro se, commenced this action against three entity defendants, Sunny Acre, LLC, Tsasu, LLC, and Universal Commercial Capital, along with their respective principal(s).  This action concerns a refinance loan made to Plaintiffs for their former home in Malibu, California, and subsequent foreclosure proceedings on the home.  Plaintiffs bring this action in their individual capacities and in their derivative capacities as managing members of Corp. Realty USA, LLC ("Corp. Realty"), an entity Plaintiffs formed as a "tax and real estate planning device to be entrusted with assets for their family."  (Compl. ¶ 15.)  The Complaint asserts four claims for relief: (1) enforcement of rescission under the Truth in Lending Act and the Home Ownership Equity Protection Act, 15 U.S.C. § 1601 et seq., and under applicable California state law; (2) willful contempt and violations of the U.S. Bankruptcy Code's Automatic Stay, 11 U.S.C. § 362; (3) declaratory relief; and (4) breach of implied covenant of good faith and fair dealing.

Although the Central District's Local Rules allow individuals to represent themselves, the Local Rules generally prohibit organizations or entities from representing themselves. Specifically, Local Rule 83-2.2.2 provides:

> ***Organizations.***  Only individuals may represent themselves pro se. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.

Because Corp. Realty is a limited liability corporation, it cannot represent itself pro se. Consequently, Plaintiffs are not, as pro se litigants, permitted to pursue derivative claims on behalf of Corp. Realty.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6644-PA (AGRx) | Date | August 15, 2024 |
|---|---|---|---|
| Title | Edgar A. Meinhardt Iturbe, et al. v. Sunny Acre, LLC, et al. | | |

    The Court therefore orders Plaintiffs to show cause in writing why Corp. Realty, along with any derivative claims Plaintiffs assert on its behalf, should not be dismissed without prejudice. Plaintiffs' response to this Order to Show Cause shall be filed no later than **August 30, 2024.** A substitution of attorney appointing new counsel for Plaintiffs and/or Corp. Realty shall be deemed an adequate response. Failure to adequately respond to this Order to Show Cause by August 30, 2024, may result in the dismissal of Corp. Realty and any derivative claims asserted on its behalf without further warning.

    IT IS SO ORDERED.