UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6644 PA (AGRx) | Date | November 6, 2024 |
|---|---|---|---|
| Title | Edgar A. Meinhardt Iturbe, et al. v. Sunny Acre LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   Order to Show Cause Re: Dismissal For Lack Of Prosecution

  Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). In the present case, plaintiffs filed the complaint on August 6, 2024. To date, however, no proof of service has been filed as to any defendant. Thus, it appears that the time period under Rule 4(m) has not been met.

  Accordingly, the court, on its own motion, orders plaintiffs to show cause in writing on or before **November 13, 2024,** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiffs' response. Failure to respond to this Order will result in the dismissal of the complaint without prejudice.

  IT IS SO ORDERED.