UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6644 PA (AGRx) | Date | November 6, 2024 |
|---|---|---|---|
| Title | Edgar A. Meinhardt Iturbe, et al. v. Sunny Acre LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **ORDER TO SHOW CAUSE**

     Plaintiff Reinaldo E. Gonzalez Suarez ("Gonzales Suarez"), proceeding pro se, lists his current address of record as: 29160 Heathercliff Road, Unit 4366, Malibu, CA 90265. However, several of the Court's orders mailed to Gonzales Suarez at his address of record have been returned as undeliverable. (Docket Nos. 13-18, 20.) Under Local Rule 41-6, the Court may dismiss an action for failure to prosecute where a pro se party fails to keep the Court informed of the party's current address. Specifically, Local Rule 41-6 provides:

> ***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address.*** A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

Here, more than 14 days have passed since the service dates of the Court's orders that were returned as undeliverable. Despite this, Gonzales Suarez has yet to file a Notice of Change of Address or otherwise apprise the Court of his current address or other contact information. Gonzales Suarez has therefore failed to comply with Local Rule 41-6.

     Accordingly, the Court, on its own motion, orders Gonzales Suarez to show cause in writing on or before **November 13, 2024,** why he should not be dismissed from this action for his failure to comply with Local Rule 41-6. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Gonzales Suarez's response. Alternatively, Gonzales Suarez may discharge this Order to Show Cause by filing a Notice of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6644 PA (AGRx) | Date | November 6, 2024 |
|---|---|---|---|
| Title | Edgar A. Meinhardt Iturbe, et al. v. Sunny Acre LLC, et al. | | |

Change of Address on or before the above date. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of Gonzales Suarez from this action.

   IT IS SO ORDERED.