JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR A. MEINHARDT ITURBE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SUNNY ACRE LLC, et al.,<br><br>  Defendants. | Case No. CV 24-6644 PA (AGRx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's April 25, 2025 Minute Order granting defendants Sunny Acre LLC, Christopher XF Lee, Susan Lee, Tsasu LLC, Leonard Hsu, Jr., Universal Commercial Capital, and Eric Tran's (collectively "Defendants") Motion to Dismiss the First Amended Complaint, and the Court's June 27, 2025 Minute Order granting Defendants' Motion to Dismiss the Second Amended Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.   Plaintiff Edgar A. Meinhardt Iturbe and Reinaldo E. Gonzeles Suarez's (jointly "Plaintiffs") federal claim for declaratory relief alleging violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. and the Home Ownership and Equity Protection Act, 15 U.S.C. § 1639, are dismissed without leave to amend and with prejudice;

  2. Plaintiffs' federal claim alleging violations of 11 U.S.C. § 362 is dismissed without leave to amend and with prejudice;

  3. Plaintiffs' state-law claims alleging violations of California Civil Code §§ 1689-1693 and breach of the implied covenant of good faith and fair dealing are dismissed without prejudice; and

  4. Plaintiffs shall take nothing on their federal claims for relief, and Defendants shall recover their costs of suit.

DATED: June 27, 2025

                _____
                   Percy Anderson
               UNITED STATES DISTRICT JUDGE